TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Skyler.Pearson@usdoj.gov

*Attorneys for the United States*

> **FILED**
>
> JUN 2 5 2026
>
> U.S. MAGISTRATE JUDGE
> DISTRICT OF NEVADA
> BY:_____Deputy

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
| Plaintiff, | Case No.:  3:26-cr-00007-ART-CLB |
| v. | VIOLATION: |
| KLEIBER JOVANNY GARCIA ROJAS and JOSE SOTO, | 18 U.S.C. §§ 2113(b), 2 – Bank Theft |
| Defendants. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Bank Theft
(18 U.S.C. § 2113(b), 2)

On or about June 3, 2026, in the State and Federal District of Nevada,

**KLEIBER JOVANNY GARCIA ROJAS and JOSE SOTO,**

defendants herein, aiding and abetting one another, did take and carry away with intent to steal and purloin money and property of value exceeding $1,000, that is, approximately $76,000 of United States currency, belonging to and in the care, custody, control, management, and possession of Great Basin Federal Credit Union, a credit union as defined

by Title 18, United States Code, Section 2113(g), all in violation of Title 18, United States Code, Sections 2113(b) and 2.

**DATED:** this _____ day of June 2026.

**A TRUE BILL:**

/s/
_____
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Acting Attorney General

_____
SKYLER H. PEARSON
Assistant United States Attorney

2