**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KLEIBER JOVANNY GARCIA ROJAS,

Defendant.

Case No. 3:26-cr-7-ART-CLB

**ORDER GRANTING (ECF No. 43)**

Stipulation to Extend Deadline to Respond to Defendant's Motion for Review of Magistrate Judge's Detention Order

Based on the parties' stipulation to extend the government's deadline to respond to defendant's Motion for Review of Magistrate Judge's Detention Order, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the government's deadline for its response is extended to August 20, 2026.

**DATED:** August 19, 2026.

HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE